United States District Court
Southern District of Texas
**ENTERED**
September 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| FATIMA MOHAMED, *Patricia Andrea, as Next Friend*<br>"Petitioner," | § | |
| v. | § | Civil Action No. 1:26-cv-00924 |
| WARDEN, RICHWOOD DETENTION CENTER<br>"Respondent." | § | |

**ORDER**

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" ("Petition") (Dkt. No. 1) and "Memorandum of Law in Support of Petition, Motion for Expedited Consideration, and Motion for Temporary Restraining Order " ("TRO") (Dkt. No. 2). It is **ORDERED** that Respondents shall file a response to Petitioner's Petition (Dkt. No. 1) and TRO (Dkt. No. 2) by **October 5, 2026, at 5:00 p.m. CST**.

SIGNED this September 23, 2026

Rolando Olvera
United States District Judge