United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| FATIMA MOHAMED, "Petitioner," | § | |
| | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00924 |
| WARDEN, RICHWOOD DETENTION CENTER, *et al.*, | § | |
| | § | |
| "Respondents." | § | |

**ORDER**

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), "Memorandum of Law in Support of Petition, Motion for Expedited Consideration, and Motion for Temporary Restraining Order" (Dkt. No. 2) ("TRO"), and the Government's "Motion to Dismiss as Moot or For Lack of Subject Matter Jurisdiction" (Dkt. No. 12) ("MTD"). By their MTD, Respondents notify the Court that Petitioner was removed from the United States to Ghana on September 6, 2026, pursuant to a final order of removal. (Dkt. No. 12 at 1). For this reason, Respondents' MTD (Dkt. No. 12) is **GRANTED**; Petitioner's Petition (Dkt. No. 1) and TRO (Dkt. No. 2) are **DISMISSED** as moot.

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction. Here, Petitioner's removal from the United States renders his Petition moot because he is no longer in detention. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, Respondents' MTD (Dkt. No. 12) is **GRANTED**; Petitioner's Petition (Dkt. No. 1) and TRO (Dkt. No. 2) are hereby **DISMISSED** as moot. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this October 7, 2026

Rolando Olvera
United States District Judge